APRIL 15, 1986

No. 85–6714 (A–777). THOMAS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for certificate of probable cause, presented to JUSTICE POWELL, and by him referred to the Court, denied. Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied. Certiorari denied. 

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for certificate of probable cause, the application for stay, and the petition for writ of certiorari and would vacate the death sentence in this case.

APRIL 21, 1986

No. 85–1093. RYNIAWEC *v.* TSAPIS, JUDGE, CIRCUIT COURT OF BROOKE COUNTY, WEST VIRGINIA, ET AL. Appeal from Sup. Ct. App. W. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–6403. DYSON *v.* TEXAS A & M UNIVERSITY. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.